**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **HYER STANDARDS, LLC,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 18-CV-06669** |
| | ) | |
| **SUPER G CAPITAL, LLC, MULTIPOINT,** | ) | |
| **INC., AND ASHLEY ISENBERG,** | ) | |
| *Defendants,* | ) | |

---

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule LR 83.17 of the Northern District of Illinois, Mason S. Cole and Stephanie Matthews of Cole Sadkin, LLC move this Court for leave to withdraw as attorneys for Defendants Multipoint, Inc., Ashley Isenberg and Super G Capital, LLC, and in support thereof, states as follows:

1. Movant Cole Sadkin LLC filed appearances on behalf of Defendants Multipoint, Inc. and its indemnitee, Super G Capital, LLC Ashley Isenberg in the instant action.

2. The parties agreed to participate in a Settlement Conference, scheduled for 5/1/19 with Magistrate Cummins, with a letter of the parties' settlement positions due from these Defendants on April 3, 2019. The state of pleadings is currently stayed and Defendants intend to file their Answer and Counterclaim if the case is not resolved by the settlement conference.

3. Movant has maintained a large unpaid balance due from Multipoint that resulted in an irreconcilable breakdown of communications with the client and the inability to continue as counsel for all Defendants.

4. This motion will not delay the trial of this matter and should not result in any prejudice to Defendants.

1

5.      The last known address of Defendant Multipoint, Inc. is 415 N. Sangamon, 3rd Fl. Front, Chicago, Illinois 60642, jordan@multipointcorp.com.

6.      The last known address of Defendant Ashley Isenberg is 2733 W. Belden, Apt. 307, Chicago, Il 60647, ashleymirch@gmail.com.

7.      Super G Capital LLC, an indemnitee of Multipoint, has been notified through its counsel Von Briesen & Roper SC, 411 E. Wisconsin Ave., Ate. 1000, Milwaukee, WI 53202.

8.      Pursuant to Local Rule LR83.17, Cole Sadkin, LLC has sent the Notice of Motion and this Motion to Withdraw to the addresses above by certified mail, return receipt requested; and by e-mail, to Defendants.

9.      Movant requests that Defendants be provided at least within thirty (30) days after entry of the order of withdrawal, to file their appearances or to appear through counsel, containing therein an address at which service of notice or other papers may be had upon them.

WHEREFORE, movant Cole Sadkin LLC requests that this Court enter an order granting Mason S. Cole and Stephanie L. Matthews of Cole Sadkin, LLC leave to withdraw as attorneys in this action, and granting the defendants in this action at least thirty (30) days or such additional reasonable time to obtain substitute counsel.

Date: March 8, 2019                    Respectfully Submitted,


                                       By:   /s/Mason S. Cole, Cole Sadkin, LLC
                                             Withdrawing Counsel for Defendants

                                       and:  /s/Stephanie Matthews, Cole Sadkin LLC
                                             Withdrawing Counsel for Defendants

Cole Sadkin, LLC
20 South Clark Street, Suite 500
Chicago, IL 60603
mcole@colesadkin.com
(312) 548-8610
Firm No. 49001

2

## CERTIFICATE OF SERVICE

I, Mason S. Cole, an attorney, hereby certify that on March 8, 2019, I caused to be served the **enclosed MOTION TO WITHDRAW** upon the parties of record listed below, through the court's electronic filing service and by email delivery:

**For Hyer Standards, LLC:**
Sean A. Bukowski
*sbukowski@nashlaw.com*
Ryan R. Graff
*rgraff@nashlaw.com*

**For Super G Capital LLC:**
Mark E. Schmidt
Nicholas D. Castronovo
*mschmidt@vonbriesen.com*
*ncastron@vonbriesen.com*

**For Worldpay:**
Trevor J. Illes
David C. Pope
dpope@beneachlaw.com
tilles@beneschlaw.com

**For Multipoint, Inc. (Via email and Certified U.S. Mail)**
Attn: Jordan Mirch
415 N. Sangamon
Chicago, IL  60642
jordan@multipointcorp.com

**For: Ashley Isenberg (Via email and Certified U.S. Mail)**
2733 W. Belden, Apt. 307
Chicago, IL 60647
Ashleymirch@gmail.com


    /s/ Mason S. Cole
Cole Sadkin, LLC
Firm No. 49001
20 South Clark Street, Suite 500
Chicago, Illinois 60603
mcole@colesadkin.com
(312) 548-8610