

*William R. Wick
John F. Mayer
Christopher R. Bandt
**Jeremy T. Gill
Ryan R. Graff
Justin F. Wallace
Katelyn P. Sandfort
Thomas A. Van Horn
Joshua M. Greatsinger
Sean A. Bukowski
Katherine T. Mayer

1425 Memorial Drive | Manitowoc, WI 54220 | Telephone (920) 684-3321 | Facsimile (920) 684-0544
* N14 W23777 Stone Ridge Dr., Ste. 170 | Waukesha, WI 53188 | Telephone (262) 408-5515
**Northwoods Office | Cell (920) 242-4525
Ryan R. Graff (920) 645-6227 | rgraff@nashlaw.com | Ingrid Hintz (920) 645-6230 | ihintz@nashlaw.com

March 11, 2019

**VIA ELECTRONIC FILING**

Honorable Charles P. Kocoras
United States District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

  **RE:**  <u>Hyer Standards, LLC v. Super G Lending, et al</u>.
     **Northern District of IL Eastern Division Case No. 1:18-CV-06669**

Dear Judge Kocoras:

I received Attorney Cole and Matthews' Motion for Leave to Withdraw as Counsel for Defendants filed on March 8, 2019. There is a settlement conference scheduled for May 1, 2019 at 10:00 a.m. As long as the withdrawal does not affect the settlement conference or scheduling other matters, the plaintiff does not object to the withdrawal. If this matter will affect the settlement conference or scheduling other matters, I would respectfully request that Attorney Cole or Matthews contact my office to advise of the same so that we can reevaluate our position on this Motion.

If you have any questions, please do not hesitate to contact me.

      Very truly yours,

      NASH, SPINDLER, GRIMSTAD & McCRACKEN, LLP

      */s/ Ryan R. Graff*

      By: Ryan R. Graff

RRG/ieh
Cc: Attorney Stephanie Matthews / Attorney Mason Scott Cole *(via electronic filing)*
   Attorney Thomas J. Nitschke *(via electronic filing)*
   Attorney Jonathan Gonzalez *(via electronic filing)*
   Attorney Trevor Illes / Attorney David Pope (*via electronic filing*)

Attorneys at Law Since 1872 | www.nashlaw.com
*(ALL MAIL SHOULD BE DIRECTED TO THE MANITOWOC ADDRESS)*