IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hyer Standards, LLC<br><br>                    Plaintiff,<br><br>v.<br><br>Super G Capital, LLC; Multipoint, Inc.; Ashley Isenberg; and WorldPay,<br><br>                    Defendants. | Case No.: 1:18-cv-06669<br><br>Judge Charles Kocoras<br><br>Magistrate Judge Jeffrey Cummings |

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Multipoint, Inc. ("Multipoint"), Super G Capital LLC ("Super G") and Ashley Isenberg ("Isenberg"), (collectively these parties are called the "Defendants"), through their attorney, Jordan Finfer of the law firm Patzik, Frank & Samotny Ltd., respectfully move this Court for an extension of time, to and until September 16, 2019, to file responsive pleadings to Plaintiff, Hyer Standards, LLC's Complaint. In support thereof, Defendants state as follows:

1. On August 21, 2019, the Court lifted the stay on Defendants' obligation to file an answer or otherwise plead in this matter and required the Defendants to file an answer or otherwise plead to Plaintiff's Complaint by September 10, 2019 and set the matter for a status on September 17, 2019. [Dkt. No. 83].

2. Defense counsel seeks an additional 6 days to prepare and file the responsive pleadings. Because Defendants' counsel had a Motion for Summary Judgment due last Friday, September 6, 2019, in the matter, *Brody v. Bauer*, Case No. 19 CH 08502, in the Circuit Court Cook County, he has been unable to adequately prepare a responsive pleading in this matter.

3. By extending the time for filing the responsive pleading by 6 days, the status hearing in this matter will not need to be continued.

PFS:008006.0001.2098727.1

4. Fed. R. Civ. P. 6(b)(1)(A) provides that when an act may or must be done within a specified time, the court may, for good cause, extend the time…before the original time or its extension expires.

5. This is the first request for an extension of time made by the Defendants in this matter.

6. Plaintiff does not oppose the motion.

WHEREFORE, Defendants Multipoint, Inc., Super G Capital, LLC. and Ashley Isenberg, by their counsel, Patzik, Frank & Samotny Ltd., request that their Motion for Extension of Time be granted, that they be given to and until September 16, 2019 to file an answer, and for such other and further relief as this Court deems appropriate.

Dated: September 9, 2019

Respectfully submitted,

**MULTIPOINT, INC. SUPER G CAPITAL, LLC, AND ASHLEY ISENBERG**

By: /s/ Jordan A. Finfer
One of their attorneys

Jordan A. Finfer (ARDC #6296373)
Patzik, Frank & Samotny Ltd.
200 South Wacker Drive, Suite 2700
Chicago, IL 60602
Phone: 312-551-8300
jfinfer@pfs-law.com

PFS:008006.0001.2098727.1