## PORTFOLIO PURCHASE AGREEMENT

THIS PORTFOLIO PURCHASE AGREEMENT (the "Agreement") is made and entered into as June 5, 2017 ("Effective Date") among Hyer Standards, LLC, a Wisconsin limited liability company (collectively, the "Seller"), on the one hand and Multipoint, Inc., an Illinois corporation, ("Purchaser") on the other hand.

### WITNESSETH:

WHEREAS Seller is in the Credit Card Processing ISO business and has a number of locations;

WHEREAS Seller has submitted merchants to First Data (or any of their subsidiaries or affiliates, or predecessors or successors thereof, as the case may be) (collectively "Processors"), over a number of years including under any and all existing agreements and arrangements with Processors (collectively the "Agent Agreements") and now has a monthly residual income stream related to said merchants that is paid from Processors to Seller (the "Portfolio Residual");

WHEREAS, Seller desires to sell its Portfolio Residual (attached hereto as Exhibit "B" is a list of all merchants that account for the Portfolio Residual being sold); along with all related equipment and contracts and its phone number (the "Assets") to Purchaser, and Purchaser desires to purchase the same, all upon the terms and conditions contained in this Agreement. The Seller shall transfer to the Purchaser each merchant to the Purchaser one at a time.

NOW, THEREFORE, in consideration of the foregoing recitals and the following covenants, the parties agree as follows:

1. Purchase and Sale of Portfolio Residual and Assets.

    1.1 Purchase of Portfolio Residual. Seller hereby agrees to sell, convey, transfer and assign to Purchaser and Purchaser hereby agrees to purchase from Seller, upon the terms and conditions of this Agreement, all of the Seller's right, title and interest in the Portfolio Residual and Assets, including, but not limited to all rights or claims of every type and nature and wherever situated, real, personal, tangible, intangible or contingent (including all refunds, deposits, rights, claims or payments, whether now existing or ascertainable, or existing or ascertainable) to the Assets. Seller shall do all things reasonably necessary to allow Purchaser to be able to own and operate the Assets in the manner in which it has been operated in the past. Purchaser shall have no duty to fulfill any of the obligations of Seller under the Agent Agreements.

    1.2 Purchase Price. As consideration for the sale herein, Purchaser shall pay Seller as follows:

    a. Purchaser shall pay Seller $110,000.00 in equal installments over twelve (12) months with the first payment being made on August 20, 2017, and with each successive payment made on the of each month until the $110,000 is paid in full;

    b. On or before July 20, 2017, Purchaser shall pay to Super G Capital, LLC the Seller's final payment owed to Super G, which is in the approximate amount of $15,396.98.

    c. Purchaser shall reimburse the Seller $10,000.00 for a certain registration fee paid by the Seller. This payment shall be made with Purchaser's payment due in August 20 2017.

2. Closing.

2.1 Date of Closing. Closing shall take place on or before July 1, 2017.

2.2 Delivery of Documents. Seller shall execute and deliver to Purchaser such bills of sale, assignments, certificates of title and any and all other instruments of conveyance and transfer as shall be reasonably requested by Purchaser and Purchaser's counsel in order to effectively convey and transfer to Purchaser the interest in the and its related Assets or to evidence such conveyance and transfer, consistent always with the provisions of this Agreement.

3. Liabilities.

3.1 Assumed Liabilities. Other than those expressly stated herein, Purchaser shall assume none of the Seller's liabilities at any time.

3.2 Payment of Residuals from Portfolio Residual. The Purchaser agrees to hire the Seller's two sales representatives, Duane Vandre and Donald Lewis. The Purchaser shall pay Duane Vandre and Donald Lewis 50% of the residuals the Purchaser receives from the Portfolio Residual and for future accounts they sign up for payment processing through the Purchaser. In addition, the Purchaser agrees to pay Jayme Hyer (the owner of the Seller) 10% of the residuals earned from the Portfolio Residual and 50% of residuals earned from future accounts Jayme Hyer signs up for payment processing through the Purchaser. Jayme Hyer, Duane Vandre and Donald Lewis agree to sell payment processing services exclusively for the Purchaser.

3.3 Referral Fees. Purchaser agrees to pay to Jayme Hyer 10% of residual payments it receives for accounts that she refers to the Purchaser and for new accounts that are brought to the Purchaser by Duane Vander or Don Lewis.

3.4 Retained Liabilities. Seller agrees that Purchaser shall not be obligated to assume or perform, and is not assuming, and that Seller shall be responsible for performing and satisfying, or otherwise discharging, at its sole expense, and without liability, cost, loss or expense to Purchaser, all liabilities and obligations of Seller, including liabilities and obligations arising out of the Agent Agreements (the "Retained Liabilities"), whether such Retained Liabilities are known or unknown, fixed or contingent, certain or uncertain, and whether they have arisen prior to or may arise at anytime after the Closing Date. The Retained Liabilities shall include, without limitation, any and all of the following obligations and liabilities of Seller.

(a) Employee Compensation and Benefits. Any liabilities to employees of Seller arising out of workers' compensation claims or other claims, as well as liabilities to employees of Seller due under any management profit sharing or bonus plan.

(b) Taxes. All federal, state, local, foreign or other taxes that (i) have arisen or may arise thereafter out of any business or other operations conducted by Seller either prior to or after the Closing Date, including the operations of the Assets, (ii) have become payable by Seller as a result of the transactions contemplated by this Agreement or (iii) for which Seller is or, at any time hereafter, may become liable (the "Retained Tax Liabilities").

(c) Liens and Encumbrances. Any liens, claims or encumbrances on any of the assets of the Assets including, but not limited to, those that are or may be asserted by Processors.

(d) <u>Administrative Actions, Claims and Legal Proceedings</u>. Any claims (including counter-claims or cross-claims), demands, actions, suits, administrative actions or legal proceedings that have been asserted or, to the knowledge of Seller, threatened against Seller, the Assets or Purchaser, whether prior to or after the Closing Date that arises in any way from or in connection with (i) the conduct or operation of the Assets, or (ii) any other business or non-business activities of Seller conducted prior hereto or hereafter, including the legal actions or other proceedings set forth in <u>Schedule 4.8</u> hereto;

(e) <u>Indemnity Obligations</u>. Any liabilities of Seller arising under Seller's indemnity obligations pursuant to this Agreement.

4. <u>Representations and Warranties of Seller</u>. Seller hereby represents and warrants to Purchaser, as of the date hereof and as of the date of each transfer:

4.1 <u>Authorization</u>. Seller has all the necessary capacity and authority to enter into and perform its obligations under this Agreement. This Agreement and the performance by Seller of its obligations hereunder have been duly authorized by all necessary action of Seller. This Agreement has been duly executed, and upon execution and delivery by Seller will constitute valid and binding agreement enforceable against them in accordance with its terms, except as such enforceability may be limited by (i) bankruptcy, insolvency, moratorium or other similar laws affecting creditors' rights, and (ii) general principles of equity relating to the availability of equitable remedies (regardless of whether any such agreement is sought to be enforced in a proceeding at law or in equity).

4.2 <u>Brokers' Fees</u>. Seller has no liability or obligation to pay any fees or commissions to any broker, finder or agent with respect to the transactions contemplated by this Agreement for which Purchaser could become liable or obligated or for which the Seller, after the Closing Date, will have any continuing obligation.

4.3 <u>Seller's Representations and Warranties</u>. The representations and warranties of Seller contained herein and the disclosures contained in the schedules attached hereto do not contain any statement of a material fact that was untrue when made or omits any material fact necessary to make the information contained therein not misleading.

4.4 <u>Compliance with Laws</u>. Seller has complied in all material respects with all applicable U.S. federal, state, municipal and other political subdivision or governmental agency statutes, ordinances and regulations, with all applicable foreign statutes, ordinances and regulations as they apply to the operation of its business and the Assets in the United States and with all U.S. federal statutes, ordinances and regulation.

4.5 <u>Title to and Adequacy</u>. At the Closing, Seller will convey and transfer to Purchaser good, complete and marketable title to all of the Assets free and clear of any and all restrictions and conditions on transfer or assignment, and free and clear of all mortgages, liens, security interests, encumbrances, pledges, leases, equities, claims, charges, conditions, conditional sale contracts and any other adverse interests. No actions, proceedings or transactions have been commenced or undertaken by Seller which give or would give rights to any person, other than Purchaser, in any of the Assets or interfere with the consummation of the transactions contemplated by this Agreement.

4.6 <u>No Conflict</u>. The execution and delivery of this Agreement by Seller and the performance of its obligations hereunder:

(a) are not in violation or breach of, and will not conflict with or constitute a default under, any of the terms any note, debt instrument, security instrument or other contract, agreement or commitment binding upon Seller or its assets or properties;

(b) will not result in the creation or imposition of any lien, encumbrance, equity or restriction in favor of any third party upon any of the assets or properties of Seller except as contemplated by this Agreement; and

(c) will not conflict with or violate any applicable law, rule, regulation, judgment, order or decree of any government, governmental instrumentality or court having jurisdiction over Seller or its assets or properties.

4.7 Litigation and Proceedings. There is no action, suit, proceeding or investigation, or any counter or cross-claim in an action brought by or on behalf of Seller, whether at law or in equity, or before or by any governmental department, commission, board, bureau, agency or instrumentality, domestic or foreign, or before any arbitrator of any kind, that is pending or, to the best knowledge of Seller, threatened, against Seller, which (i) could reasonably be expected to have a material adverse effect on Seller's ability to perform its obligations under this Agreement or any other agreement entered into in connection with this Agreement or complete any of the transactions contemplated hereby or thereby, or (ii) involves the reasonable possibility of any judgment or liability, or which may become a claim, against Purchaser or the Assets, whether prior or subsequent to the Closing Date. Except as set forth in Schedule 4.8, Seller is not subject to any judgment, order, writ, injunction, decree or award of any court, arbitrator or governmental department, commission, board, bureau, agency or instrumentality having jurisdiction over Seller or the Assets.

4.8 Seller. Seller owns one hundred percent of the Assets, and no options or other agreements or arrangements to obtain any ownership interest in the Portfolio Residual and the Assets by any other person or entity exist.

5. Representations and Warranties of Purchaser. Purchaser hereby represents and warrants to Seller, as of the date hereof and as of the Closing Date, the following:

5.1 Due Organization of Purchaser. Purchaser is a limited liability company duly organized, validly existing and in good standing under the laws of its state of incorporation.

5.2 Authorization of Purchaser. This Agreement has been duly authorized, adopted and approved by the Purchaser. Purchaser has full power and authority to enter into and to perform its obligations under this Agreement. The execution and delivery of this Agreement by Purchaser and the performance of the transactions contemplated hereby have been duly and validly authorized by and on behalf of Purchaser, and this Agreement is binding upon and enforceable against Purchaser in accordance with its terms.

5.3 Brokers' Fees. Purchaser has no liability or obligation to pay any fees or commissions to any broker, finder or agent with respect to the transactions contemplated by this Agreement for which Seller or Seller could become liable or obligated.

5.4 Purchaser's Representations and Warranties. The representations and warranties of Purchaser contained herein do not contain any statement of a material fact that was untrue when made or omits any material fact necessary to make the information contained therein not misleading.

6. Covenants and Other Agreements.

6.1 <u>Fulfillment of Conditions and Covenants</u>. No party shall take any course of action inconsistent with satisfaction of the requirements or conditions applicable to it set forth in this Agreement.

6.2 <u>Further Assurances</u>. From and after the date of this Agreement, each party shall perform all reasonable acts, execute all documents and do all things reasonably requested by the other parties in order to perfect the transfer of title to Purchaser of the assets sold by Seller, consistent with the provisions of this Agreement, or as may be reasonably necessary or appropriate to otherwise consummate and carry into effect the transactions contemplated by this Agreement.

6.3 <u>Press Releases</u>. No party will issue or authorize to be issued any press release, statement to the public or to its employees generally or similar announcement concerning this Agreement or any of the transactions contemplated hereby without the prior approval of the other party, which approval shall be given in order to allow compliance with the disclosure requirements of applicable securities laws.

6.4 <u>Waiver of Bulk Sales</u>. To the extent that the provisions of Article 6 of the applicable Uniform Commercial Code may apply to the transactions contemplated hereby, the parties agree to waive the notice and other requirements thereunder.

6.5 <u>Expenses</u>. Each party shall bear its own expenses related to the transactions contemplated by this Agreement (including legal, accounting or other professional expenses), whether or not such transactions are consummated.

7. <u>Indemnification.</u>

7.1 <u>Seller</u>. Seller hereby agrees to indemnify and hold Purchaser harmless from and against, and to promptly defend Purchaser from and reimburse Purchaser for, any and all losses, damages, costs, expenses, liabilities, obligations and claims of any kind (including without limitation, reasonable attorneys fees and other legal costs and expenses) which Purchaser may at any time suffer or incur, or become subject to, as a result or by reason of (a) any breach of this Agreement by Seller (b) the untruth or inaccuracy of any representation or warranty of Seller set forth herein (c) arising out of, or concerning, whether directly or indirectly, the Assets(d) any claim or lawsuit, pending or threatened, by Processors against Purchaser or (e) any breach of the Agent Agreements by Seller.

7.2 <u>Claims</u>. If a claim is made against a party (the "<u>Indemnitor</u>") pursuant to Section 7.1 of this Agreement, notice shall be promptly given by the party so claiming indemnity (the "<u>Indemnitee</u>") to the Indemnitor and, if the Indemnitor promptly notifies the Indemnitee that the claim is to be contested and provides the Indemnitee written assurance of the full indemnification of Indemnitee, the Indemnitor shall have the right to control all settlements (unless the Indemnitee agrees to assume the costs of settlement) and to select legal counsel (reasonably satisfactory to the Indemnitee) to defend any and all such claims at the sole cost and expense of the Indemnitor. The Indemnitee may select counsel to participate in any defense, in which event the fees and expenses of Indemnitee's counsel shall be entirely borne by the Indemnitee. The parties shall cooperate with each other and provide each other with access to relevant books and records in their possession as may be reasonably necessary or appropriate with respect to any claim made pursuant to this <u>Section 7</u>.

8. <u>Non-Solicitation</u>. All merchants listed on the attached Exhibit "A" shall collectively be referred to as the "Protected Merchants". Without Purchaser's prior written consent (which consent may be withheld in Purchaser's sole and absolute discretion), Seller and its current employees, shall not, directly or indirectly, knowingly cause or knowingly permit any of its employees, agents, principals,

affiliates, subsidiaries or any other person or entity with whom it has the right by contract (i) to interfere with, disrupt, or attempt to interfere with or disrupt, any past, present or prospective business relationship of Purchaser, contractual or otherwise, related to or arising from the Protected Merchants including, without limitation, the ability of Purchaser to own, operate or obtain a financial benefit from the Assets and to receive the revenue from the Protected Merchants; or (ii) solicit any merchant or otherwise cause any Protected Merchant to terminate or cancel its existing credit card or check processing. This section shall apply for period of three (3) years following the date that Hyer, Duane Vandre, and Don Lewis are no longer affiliated with the Purchaser. If Seller, its owner, or employees violate the provisions of this section, Seller agrees that this will result in minimum damages to Purchaser in the amount of the greater of (x) fifty (50) times the average monthly profits derived from the Protected Merchant or (y) five thousand dollars ($5,000.00) for each instance where Seller attempts to move any merchant to another payment processor and Seller shall pay that amount to Purchaser on each such occurrence. The parties expressly agree that the damages, which Purchaser might reasonably anticipate will be sustained by Purchaser, are difficult to ascertain and measure because of their indefiniteness or uncertainty and that the amount set forth above is a reasonable estimate of the damages that would probably be caused and shall be due regardless of proof of actual damages.

9. <u>Conditions Precedent to Purchaser's Obligation to Close</u>. The obligations of Purchaser to enter into and complete the Closing under this Agreement are subject, at its option, to the fulfillment at or prior to the Closing Date of each of the following conditions, any one or more of which may be waived by Purchaser:

9.1 <u>Representations and Warranties</u>. The representations and warranties of Seller contained in this Agreement, or in any writing delivered pursuant hereto, shall be true and correct in all material respects on and as of the Closing Date as if made on and as of the Closing Date, except to the extent that any of such representations and warranties shall be incorrect as of the Closing Date because of events or changes occurring or arising after the date hereof in the ordinary course of business, none of which shall be, individually or in the aggregate, materially adverse.

9.2 <u>Consents and Approvals</u>. All consents and approvals required for the consummation of the transactions contemplated by this Agreement and to permit Purchaser to acquire all of the assets pursuant hereto, without thereby violating any laws, government regulations or contracts, shall have been obtained.

10. <u>Conditions Precedent to Seller's Obligations to Close</u>. The obligations of Seller to complete the Closing under this Agreement are subject, at their option, to the fulfillment at or prior to the Closing Date of each of the following conditions, any one or more of which may be waived by Seller:

10.1 <u>Representations and Warranties</u>. The representations and warranties of Purchaser contained in this Agreement, or in any writing delivered pursuant hereto, shall be true and correct in all material respects on and as of the Closing Date as if made on and as of the Closing Date, except to the extent that any of such representations and warranties shall be incorrect as of the Closing Date because of events or changes occurring or arising after the date hereof in the ordinary course of business, none of which shall be, individually or in the aggregate, materially adverse.

10.2 <u>Consents and Approvals</u>. All consents and approvals required for the consummation of the transactions contemplated by this Agreement and to permit Purchaser to acquire all of the assets pursuant hereto, without thereby violating any laws, government regulations or agreements, shall have been obtained.

11. <u>Miscellaneous Provisions.</u>

        11.1    Survival. All representations, warranties, covenants, conditions, commitments,
undertakings and agreements of any of the parties hereto made in this Agreement or in any certificate or
document delivered pursuant hereto shall survive the execution and delivery hereof and the Closing
hereunder and any investigation made by any party.

        11.2    Notices. Any notice or other document to be given hereunder by any of the
parties hereto to the other parties hereto shall be in writing and delivered personally or sent for overnight
delivery with a nationally known overnight carrier (such as Federal Express) or by certified or registered
mail, postage prepaid, as follows:

Seller:                         Hyer Standards, LLC
                                Attn: Jayme Hyer
                                2518 Post Road
                                Plover, WI 54467


Purchaser:                      Multipoint, Inc.
                                Attn: Ashley Isenberg
                                415 N. Sangamon
                                Chicago, IL 60642

or to such other address as hereafter shall be furnished in writing by any of the parties hereto to the other
parties hereto. The date of delivery in person, one (1) business day after the date of shipment by
overnight carrier or five (5) days after the date of mailing by certified or registered mail of each notice or
other document shall be deemed the date of receipt thereof, except that a change of address shall not be
effective until actually received.

        11.3    Entire Agreement. This Agreement, including the schedules and exhibits hereto,
contains the entire agreement among the parties with respect to the transactions contemplated hereunder
and supersedes all prior negotiations, agreements and undertakings, if any, including any previous e-mails
and letters of intent relating to the transactions contemplated (which shall be of no force or effect
whatsoever).

        11.4    Amendment, Waiver. This Agreement may be amended only by written
agreement of all of the parties hereto. The failure of any of the parties to this Agreement to require the
performance of term or obligation under this Agreement or the waiver by any of the parties to this
Agreement of any breach hereunder shall not prevent subsequent enforcement of such term or obligation
or be deemed a waiver of any subsequent breach hereunder.

        11.5    Enforceability. The invalidity or unenforceability of any portion of this
Agreement shall not render the remainder hereof invalid or unenforceable.

        11.6    Counterparts/Facsimile Signatures. This Agreement may be executed in one or
more counterparts, each of which shall be deemed to be an original, and such counterparts shall together
constitute one and the same instrument. The signatures to this Agreement may be evidenced by facsimile
copies reflecting the party's signature hereto, and any such facsimile copy shall be sufficient to evidence
the signature of such party as if it were an original signature.

        11.7    Attorneys' Fees. In any action, litigation or proceeding (collectively, "Action")
between the parties arising out of or in relation to this Agreement, the prevailing party in such Action
shall be awarded, in addition to any damages, injunctions or other relief, and without regard to whether or

not such Action will be prosecuted to final judgment, such party's costs and expenses, including reasonable attorneys' fees.

   11.8  Governing Law. This Agreement shall be governed by and interpreted in accordance with the laws of the State of Illinois, including all matters of construction, validity, performance and enforcement, without giving effect to principles of conflict of laws. Any dispute, action, litigation or other proceeding concerning this Agreement shall be instituted, maintained, heard and decided in Illinois.

   11.9  Assignment. Neither this Agreement nor any interest herein shall be assignable (voluntarily, involuntarily, by judicial process or otherwise) by any party to any person or entity without the prior written consent of the other party. Any attempt to assign this Agreement without such consent shall be void and, at the option of the party whose consent is required, shall be an incurable breach of this Agreement resulting in the termination of this Agreement.

   11.10 Successors. Subject to Section 11.10, this Agreement shall be binding upon and inure to the benefit of the parties and their respective heirs, legatees, legal representatives, personal representatives, successors and permitted assigns

   11.11 Miscellaneous. The recitals and all exhibits, schedules and other attachments to this Agreement are fully incorporated into this Agreement by reference. Unless expressly set forth otherwise, all references herein to a "day", "month" or "year" shall be deemed to be a reference to a calendar day, month or year, as the case may be. All cross-references herein shall refer to provisions within this Agreement and shall not be deemed to be references to the overall transaction or to any other agreement or document. Time is of the essence in the performance of this Agreement.

   IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed as of the day and year first above written.

"SELLER"          "PURCHASER"

               Multipoint, Inc.

_____    By: _____

               Name/Title: Ashley Isenberg / President

7/5/2017             Exhibit B.XLSX

| MID | Merchant Name |
|---|---|
| 8325360000149468 | VILLAGE GARDEN'S GREEN |
| 8325360000176230 | CRUSIN CAFE |
| 8325360000180786 | CHEF CHU'S |
| 8325360000183285 | BLANZ PANTRY |
| 8325360000189894 | HOLIDAY CLUB |
| 8325360000190645 | CHAT-R-BOX CAFE |
| 8325360000196261 | GUU'S ON MAIN |
| 8325360000217083 | EL MEZ MEXICAN RESTAUR |
| 8325360000226159 | DOLLOP HQ |
| 8325360000238972 | HYER-ST-SMALL TICKET |
| 8325360000243097 | KING CONE |
| 8325360000025700 | MIKEY'S NEIGHBORHOOD |
| 8325360000026401 | SISTER BAY BOAT RENTAL |
| 8325360000037960 | JACKSON & LOUIE'S ANTIQU |
| 8325360000038836 | HILLTOP COTTAGES RESOR |
| 8325360000232066 | HYER STANDARDS 101 |
| 8325360000241943 | LDF BAIT SHOP |
| 8325360000281857 | BEN FRANKLIN CRAFTS |
| 8325360000286260 | BOSTON FUNERAL HOME |
| 8325360000022525 | METROPOLIS COFFEE |
| 8325360000024885 | SPACCA NAPOLI |
| 8325360000025130 | BROADWAY CELLARS |
| 8325360000026039 | A TASTE OF HEAVEN |
| 8325360000028233 | VOGUE CLEANERS |
| 8325360000030544 | SAGE |
| 8325360000033860 | SCOUT |
| 8325360000039073 | PRAIRIE MOON |
| 8325360000041426 | UNION |
| 8325360000045179 | BREE'S THAI RICE & NOO |
| 8325360000048165 | MOODY'S PUB |
| 8325360000065821 | TEAM NISSAN |
| 8325360000079582 | URBAN VEGAN- LP |
| 8325360000087155 | ALAMOSHOES.COM |
| 8325360000087544 | M.J. MILLER & CO. |
| 8325360000088732 | KAY SHOES |
| 8325360000095265 | VILLAGE DENTAL, PC |
| 8325360000100958 | SOL PRICE INC. |
| 8325360000102228 | LA HACIENDA RESTAURANT |
| 8325360000120964 | ROOTSTOCK WINE & BEER |
| 8325360000122192 | XO STUDIO |
| 8325360000123976 | ANNA'S ASIAN GRILL |
| 8325360000134866 | FREEDOM MEDIA LLC - CFO |
| 8325360000137158 | SLAWSON ENTERPRISES, I |
| 8325360000144774 | LIBERTAD |
| 8325360000147405 | SPENCER WEISZ GALLERIE |
| 8325360000147942 | MOXEE |
| 8325360000150219 | PRO COMPUTERS 2 |
| 8325360000167411 | PRO ANDERSONVILLE |
| 8325360000167882 | THEODORE C. HARRIS |
| 8325360000167940 | VINTAGE POSTER GRAPHIC |

8325360000168054 VINTAGE POSTER GRAPHIC
8325360000175166 PRO COMPUTERS
8325360000187617 COALFIRE - SOUTHPORT
8325360000195628 LAS MANOS GALLERY
8325360000205633 D.B COLLECTIBLES
8325360000207670 BLUFFINGTON'S CAFE
8325360000210237 SECOND STREET AUTO CLI
8325360000212795 PASSIONATE NAIL & TAN
8325360000219089 PATCH LANDSCAPING & SN
8325360000220756 MILWAUKEE SHOES
8325360000220939 ALAMO SHOES ONLINE
8325360000221515 XO STUDIO
8325360000226936 PRO COMPUTERS LLC HQ
8325360000228189 MOXEE HQ
8325360000232074 HYER STANDARDS 102
8325360000243758 THE OUTDOOR SCHOOL AT
8325360000244525 COALFIRE
8325360000244533 CHICAGO SKIN SOLUTIONS
8325360000283333 CALVIN FABRICS
8325360000287474 CLARK DIVERSEY ENDODO
8325360000287482 STATE STREET DENTAL SP
8325360000292219 SPENCER WEISZ GALLERIES
8325360000293902 DIANE DAVOS
8325360000294942 NUTRITION BY BOWMAN,
8325360000032136 HYER STANDARDS LLC
8325360000182287 CLEAR LAKE MANAGEMENT,
8325360000232082 HYER STANDARDS 103
8325360000018234 NEW PRAGUE AUTO REPAIR
8325360000041061 JORDAN ACE HARDWARE
8325360000048157 STUDIO J
8325360000090084 JOHANS BAR & GRILL
8325360000232090 HYER STANDARDS 104
8325360000022061 KING CONE LLC
8325360000022079 KING CONE LLC
8325360000232108 HYER STANDARDS 105
8325360000018689 LOT BUCKTAIL
8325360000018697 LDF MUSEUM AND CULTURAL
8325360000018721 LOT DANCING WATERS
8325360000018762 LOT EAGLES NEST
8325360000018796 LOT GIFT SHOP
8325360000018945 LDF CAMPGROUND
8325360000018952 PETER CHRISTIANSEN DENTA
8325360000018960 LOT HOTEL
8325360000018986 LOT FOOD COURT
8325360000065854 PETER CHRISTENSEN HEALTH PHARMACY
8325360000065870 PETER CHRISTENSEN HEALTH CLINIC
8325360000223073 LDF BAND LS CHIPPEWA
8325360000232124 HYER STANDARDS 108
8325360000286096 MAPLE HOLLOW-INTERNET
8325360000042572 THE CORKSCREW LIQUOR
8325360000048363 CASA MEXICANA

8325360000021758 LUCKY TREE
8325360000023200 CIGGY SHACK
8325360000023739 WIGGINS GREENHOUSE
8325360000025668 WISCONSIN RIVER GOLF C
8325360000043166 ALTENBURG'S COUNTRY
8325360000064501 TAYLOR LAKE MARINE
8325360000064915 TOWNSEND AUTO BODY
8325360000067215 SMOKES-4-LESS II
8325360000067371 NIEMUTHS STEAK & CHOP
8325360000067991 DEARCO DISTRIBUTING
8325360000076273 ROSE GARDEN FAMILY RESTA
8325360000076844 TIM KOLL PHOTOGRAPHY
8325360000078048 WAUPACA AREA CHAMBER
8325360000078303 JONNY SALSA
8325360000090209 EL MEZCAL
8325360000095919 PREMIER AUTO BODY, LLC
8325360000096727 SCIORTINO'S CAFE
8325360000103325 CRYSTAL LOUNGE, LLC
8325360000104794 MAMA Z'S BAKERY AND JA
8325360000104869 KNOPE HEATING AND COOL
8325360000105700 PUROCLEAN RESTORATION
8325360000114744 EL MEZCAL - WI RAPIDS
8325360000114769 EL MEZCAL - WAUSAU
8325360000122267 MIDTOWN SERVICES
8325360000135913 FREEBERG'S SERVICE & REP
8325360000137554 STUDIO 212 HAIR SALON
8325360000138222 NEW LISBON FAMILY REST
8325360000141655 WAUPACA CHIROPRACTIC
8325360000143602 SCONNI'S
8325360000143990 THUNDER LUBE
8325360000146555 ELITE AUTOMOTIVE & ACC
8325360000149690 GULLIKSON'S, LLC
8325360000150896 BADGER HEATING & AIR
8325360000152777 GRAZIANO GARDENS LLC
8325360000154690 CONGRESS CLUB
8325360000154716 VAPOR MASTERS
8325360000157446 PAMPERINS PAINT & DECO
8325360000161059 HAMLINE LIQUORS
8325360000163642 BADGER HEATING & AIR
8325360000164152 RIVERS EDGE BAR & GRIL
8325360000165654 SMALL SPACE BIG STYLE,
8325360000169581 DURALUM CARPETS
8325360000171157 TEAM OUTFITTERS
8325360000172338 CARIBOU BAY RETREAT IN
8325360000172809 BARTELT INSULATION SUPPL
8325360000185108 CAR STAR EAU CLAIRE SO
8325360000185173 WINEMAKER'S DAUGHTER
8325360000185835 ROCHA'S WATERFRONT
8325360000185843 LOS MEZCALES
8325360000196311 ULTRACOM
8325360000196329 ULTRACOM APPLETON

```
8325360000196337 ULTRACOM MARSHFIELD
8325360000196345 ULTRACOM WAUPACA
8325360000196352 ULTRACOM PORTAGE
8325360000196378 ULTRACOM NEW LONDON
8325360000196865 FISH CREEK BOAT RENTAL
8325360000199802 PAT'S CARSTAR
8325360000200543 JAY-MAR STORE
8325360000200550 JAY-MAR WAREHOUSE
8325360000201236 ULTRACOM BERLIN
8325360000213298 UNITEL, INC
8325360000216408 THE PAINT STORE
8325360000218537 CENTERPOINT MARINE, INC
8325360000232140 HYER STANDARDS 111
8325360000244301 JR'S SPORTSMAN'S BAR
8325360000245753 BUDSBERG SEPTIC SERVIC
8325360000282665 KING BUFFET
8325360000284968 DI, LLC
8325360000288134 WITTENBERG FAMILY REST
8325360000290312 RSTORE #34
8325360000294041 ULTRACOM CLINTONVILLE
8325360000295915 T-NAILS
8325360005013370 TWO'S COMPANY RESTAURANT
8325360005019880 RIVER'S TAVERN
8325360000021972 STRASSER-ROLLER FUNERA
8325360000025189 ANTIGO CHAMBER-OP
8325360000025197 ANTIGO CHAMBER-SE
8325360000026377 ANTIGO CHAMBER-GC
8325360000084525 STANLEY E BROWN D.D.S.
8325360000091884 FANCY NAILS
8325360000104646 TK'S STASZAKS BAR
8325360000135483 UPNORT BAIT & SPORT
8325360000136457 HITT TRACTOR REPAIR
8325360000142455 TOTALLY CELLULAR
8325360000175000 NORTH STAR LANES
8325360000182683 DEWAN SEWING INC
8325360000205997 IOLA CENEX
8325360000206011 DEPOT STREET STATION
8325360000206029 WEYAUWEGA CENEX
8325360000232157 HYER STANDARDS 114
8325360000104000 NORTH AMERICAN YOUTH S
8325360000296517 HYER STANDARDS 117
       434504733 22ND CENTURY MEDIA
       434567865 3D AUTO REPAIR
       434563565 A & L OIL
       434545912 A AND J MOBILITY
       434546046 A AND J MOBILITY - EC
       434546050 A AND J MOBILITY - MCFAR
       434546085 A AND J MOBILITY-DEPERE
       434546051 A AND J MOBILITY-RICHFIE
       434545986 ACCESSIBLE VEHICLE RENTA
       434372836 ACHIEVE CENTER
```

434226741 AIR COMMUNICATIONS
434529407 ALL THINGS JERKY
434540975 ALL THINGS JERKY EAGLE R
434559928 ALLIED PETROLEUM
434568633 ALPINE HOME MEDICAL
434442297 AMERICAN TABLE FAMILY
434278590 AMHERST MARINE INC.
434417783 ANDY'S BAR & GRILLE
434529373 B & S FOOD MARKET
434203955 BAESEMAN'S SHOES & VARIE
434328621 BARABOO FLORAL CO & GREE
434503492 BAUER ELECTRIC, INC.
434267827 BEAVER OF WISCONSIN, INC
434465493 BEER BARREL LIQUOR
434346210 BELLA NAILS & SPA
434440664 BEST WESTERN LAKE AIRE
434463953 BILL'S PIZZA SHOP
434402979 BLENKER BUILDING SYSTE
434577293 BLENKER DEVELOPMENTS, LL
434578676 BOHN TRUCKING & EXCAVATI
434430536 BREAD & BUTTER SHOP WEST
434530452 BREWS BROTHERS PUB
434291247 BUTCH'S AUTO REPAIR
434556693 C.W. BUILDING CENTER INC
434279266 CAMPAGNOLA
434578991 CANAM PARTS
434530680 CANAMPARTS LLC
434321134 CARMELO'S ITALIAN RESTAU
434579520 CAROUSEL GYMNASTICS
434530953 CATALOGCLEARANCE.COM
434504945 CATAWBA FARM SUPPLY INC.
434502582 CHARLEY'S SURPLUS
434556035 CHATHAM CO OP
434450053 CHECK'S MUFFLER CENTER
434490942 CHICAGO DANCE SUPPLY
434507404 CHICAGO FILMMAKERS
434480619 CHICAGO WOMEN'S HEALTH
434466232 CHINA HOUSE
434579506 CHRIS' TOWING
434420025 CHUILLIS AUCTION SERVI
434467515 CITY OF CHETEK MUNICIP
434441155 CLEARCOM INC.
434576993 CLEARLAKE MANAGEMENT
434480152 COALFIRE
434565849 COPY CENTER
434533025 CORKS & CAPS
434392708 CRANDON INTERNATIONAL
434445099 CRYSTAL CAFE
434385173 CUMBERLAND AIRPORT FUE
434569120 DESIGN 1 APPAREL
434547251 DI-LUCAS

| | |
|---|---|
| 434494642 | DIETZ'S SERVICE INC |
| 434423687 | DISCOUNT SMOKES-WESTFIEL |
| 434377774 | DOBOGAI LAW OFFICES LLC |
| 434407118 | DONNA'S COUNTRY STORE |
| 434307977 | DR. LARRY J. WOODS |
| 434361762 | ECO BUILDING & FORESTR |
| 434531590 | EL MEZCAL |
| 434540672 | ELIZABETH INN FREEPORT |
| 434256976 | EMBELLISHMENTS |
| 434494969 | ENDODONTIC SPECIALISTS |
| 434494994 | ENDODONTIC SPECIALISTS |
| 434495006 | ENDODONTIC SPECIALISTS |
| 434495008 | ENDODONTIC SPECIALISTS |
| 434435058 | ERGO SALON |
| 434487039 | ESTILO SALON |
| 434569271 | FASHION MIX & ALTERATION |
| 434489889 | FELTZ LUMBER |
| 434576882 | FEMININE TOUCH |
| 434553853 | FINE VINEYARD |
| 434299381 | FIREFLY FLORAL & GIFTS |
| 434420696 | FIRST CHOICE TREE CARE |
| 434330776 | FOUR STAR FAMILY RESTA |
| 434450758 | FRANCK'S GYM |
| 434487421 | FRED MUELLER AUTOMOTIV |
| 434327533 | GALAXY HOBBY |
| 434299222 | GALLERIA MARCHETTI |
| 434407338 | GARY'S SERVICE CENTER |
| 434458006 | GEPETTO'S WORKSHOP LLC |
| 434555973 | GLF-TOMAHAWK LLC |
| 434497192 | GOEHNER INDUSTRIES,INC |
| 434418414 | GOLDEN HARVEST |
| 434570171 | GOLDEN HARVEST MARKET |
| 434572684 | GOLDEN HARVEST MARKET |
| 434309748 | GREAT NORTHERN CONNECTIO |
| 434416439 | GREEN TREE STORAGE |
| 434431039 | HANSEN & SHAMBEAU, S.C. |
| 434335305 | HARBOR LITE YACHT CLUB |
| 434461705 | HARMONY SPECIALTY DAIRY |
| 434324660 | HEARTLAND CUSTOM HOMES |
| 434456462 | HEISLER'S AUTOMOTIVE |
| 434556095 | HOGAN'S GENERAL STORE |
| 434570913 | HOLIDAY INN EXPRESS TIFF |
| 434535397 | HOLIDAY INN EXPRESS WAUS |
| 434554621 | HOLIDAY INN EXPRESS-BUCY |
| 434539158 | HOMESTEAD GOLF COURSE |
| 434555238 | HOUDINI'S ESCAPE |
| 434301275 | HUGO'S PIZZA |
| 434265572 | HYER STANDARDS |
| 434442476 | INSPIRING IMAGES |
| 434441922 | INSPIRING IMAGES II |
| 434450229 | J & B AUTOMOTIVE REPAI |

434260747 JORDAN VETERINARY CLINIC
434359696 KEGLER'S EXHAUST&AUTO
434459234 KELLY L. ABATE, M.D.
434574071 KENT'S SERVICE CENTER
434226641 KICKSTAND
434325798 KING'S LAND O'LAKES AIRP
434531782 KIRK BENNEWITZ
434577815 KRUEGER CHIROPRACTIC LLC
434455823 LADYSMITH FAMILY RESTA
434487629 LAKE OF THE TORCHES CASI
434377579 LANDMARK MOTEL
434575788 LANDMARK MOTEL
434432336 LARRY FRITSCH CARDS
434555947 LARRY'S MARKET
434325518 LAWNSCAPES
434567363 LCO FIREWORKS STORE
434333633 LDF COUNTRY MARKET
434548612 LDF COUNTRY MARKET LLC
434565158 LDF FITNESS CENTER
434554042 LDF SMOKESHOP
434539122 LDF TRIBAL ACCOUNTING
434534569 LDF TRIBAL ROADS
434576912 LEO'S TRACTORS & TRUCKS
434460003 LIGHTNING LUBE & SERVICE
434463942 LIGHTNING LUBE & SERVICE
434424803 LIGMAN & WILLE CPA
434460025 LIL'OLE WINEMAKER
434280007 LINCOLN WILSON SERVICE
434419055 LOS PADRES COUNCIL ODS
434418799 LOS PADRES COUNCIL, BSA,
434418829 LOS PADRES COUNCIL, BSA,
434419051 LOS PADRES COUNCIL, BSA,
434431825 LUTHER RICE UNIVERSITY
434439410 LUTHER RICE UNIVERSITY
434532752 MANN'S STORE
434417216 MAPLE GROVE AUTO CENTE
434314524 MARTIN'S AUTO REPAIR
434400109 MARTY'S
434201697 MAUS JEWELERS
434465816 MECAN RIVER HOUSE B&B
434455938 MEDO'S FAMILY RESTAURA
434411867 MENOMINEE TRIBAL ENTERPR
434533246 MEPPS
434544035 MERRITTS TRAVEL CENTER
434201018 MINOCQUA BREWING COMPANY
434500122 MINOCQUA HARDWARE & RE
434533230 MISTER TWISTER, LLC
434279378 MODERN BUILDERS&SUPPLIER
434532562 MOUSEHOUSE CHEESEHAUS
434532565 MOUSEHOUSE CHEESEHAUS -
434554474 MR BREWS TAP HOUSE VI

| | |
|---|---|
| 434557314 | MR BREWS TAPHOUSE |
| 434553385 | MR BREWS TAPHOUSE IV, L |
| 434557775 | MR BREWS TAPHOUSE V, LLC |
| 434539022 | MR. BREWS TAP HOUSE 2 |
| 434543851 | MR. BREWS TAPHOUSE 3 |
| 434417938 | NATURAL LIVING |
| 434554696 | NICE AS NEW |
| 434554712 | NICE AS NEW APPLETON |
| 434554695 | NICE AS NEW STEVENS POIN |
| 434555987 | NORDINE'S WATERSMEET INC |
| 434460722 | NORTH CENTRAL MECHANIC |
| 434429393 | NORTHERN ADVERTISING |
| 434565457 | NORTHLAND PAINT SUPPLY |
| 434256629 | NORTHWOODS CONVENIENCE |
| 434448201 | O'BRIEN'S SPUR C-STORE |
| 434566380 | OAK TREE RESTAURANT |
| 434423530 | OAKVIEW VETERINARY MED |
| 434579381 | OAKVIEW VETERINARY MEDIC |
| 434304054 | OFFICE OUTFITTERS |
| 434567350 | OJIBWA JAVA |
| 434380224 | OLDE HOMESTEAD GIFT SH |
| 434428500 | OMERNIK & ASSOCIATES |
| 434293160 | OPART THAI HOUSE |
| 434466750 | PAISANO'S ITALIAN REST |
| 434360289 | PANACHE |
| 434453179 | PARK RIDGE FAMILY RESTAU |
| 434564224 | PARK RIDGE FAMILY RESTAU |
| 434576820 | PAUL'S REPAIR PLUS, LLC |
| 434563847 | PEACEFUL VALLEY GENERAL |
| 434578439 | PEACEFUL VALLEY GENERAL |
| 434459982 | PLOVER PALLET & SPOTTI |
| 434570390 | POINT AND PLOVER PUBLICA |
| 434409207 | POINT OF BEGINNING |
| 434472951 | PROFESSIONAL HYDRAULIC |
| 434283490 | QUALITY INN |
| 434291527 | R DIESEL |
| 434442604 | RACER'S HALL, LLC |
| 434459784 | RASMUSSEN PLUMBING |
| 434470894 | RED'S BIG BEAR LODGE |
| 434315001 | REMINGTON OIL CORNER MAR |
| 434504135 | RHINELANDER GM |
| 434504132 | RHINELANDER TOYOTA |
| 434305147 | RIB MTN. LIQUOR AND TOBA |
| 434427252 | RMM SOLUTIONS |
| 434530474 | ROB'S FAMILY MARKET |
| 434562741 | ROBIN'S NEST GIFTS |
| 434571760 | RUSTY BUCKET AUCTIONS |
| 434540310 | SADDLEHORNS SALOON |
| 434445357 | SCHAEFER'S WHARF |
| 434298964 | SCHRECK ARMY NAVY |
| 434282461 | SCISSORHANDS |

7/5/2017                                       Exhibit B.XLSX

| | |
|---|---|
| 434344054 | SEVERSON'S POWER EQUIP |
| 434557889 | SHABBY SHACK |
| 434530954 | SHADECLOTHSTORE.COM |
| 434439125 | SHAMMY SHINE CAR WASH |
| 434407347 | SHINJU SUSHI |
| 434201339 | SHORT LANE AG SUPPLY LLC |
| 434360057 | SILVER COACH RESTAURAN |
| 434576146 | SKYLARK MOTEL |
| 434547605 | SMOKES ON STATE |
| 434547621 | SMOKES ON STATE 2 |
| 434544221 | SMOKEY JOE'S WEST |
| 434482664 | SMOKEY JOE'S, LLC |
| 434407262 | SPACE |
| 434310681 | SPINE AND SPORT |
| 434498596 | STATE COLLEGE OF BEAUT |
| 434412512 | STEPAN AUTO & TRUCK RE |
| 434567819 | STEVENS POINT LOG HOMES |
| 434360642 | STONE EDGE INC. |
| 434312937 | STYLES |
| 434337281 | SUICK LURE MANUFACTURING |
| 434301032 | T & T FERMANICH MOBIL & |
| 434392197 | THAI 55 |
| 434545067 | THE BOOKCELLAR |
| 434326539 | THE CRYSTAL CAVE |
| 434562752 | THE HEN HOUSE CAFE, LLC |
| 434433755 | THE HI-STYLE BEAUTY SA |
| 434503482 | THE LEFT BANK JEWELRY |
| 434488544 | THE PINK MAGNOLIA |
| 434200760 | THELMA'S BRIDAL |
| 434567820 | TIMBERTOTE |
| 434223184 | TLC SIGN |
| 434579165 | TOM WILD SEED FARMS LLC |
| 434201113 | TOPPERS PIZZA |
| 434246709 | TOPPERS PIZZA |
| 434247744 | TOPPERS PIZZA |
| 434448880 | TWO TONE LLC |
| 434484258 | UNCORKED |
| 434432980 | UNITED WAY OF PORTAGE |
| 434576144 | URBAN MYST ALTERNATIVES |
| 434501616 | URBAN OASIS MAPLE STRE |
| 434501571 | URBAN OASIS NORTH AVE. |
| 434500639 | VILLAGE COURT FAMILY R |
| 434529776 | VILLAGE PIT STOP LLC |
| 434568664 | VISTA ROYALLE CAMPGROUND |
| 434502668 | WATER-REVOLUTION LLC |
| 434457479 | WAUBEE LAKE LODGE |
| 434944037 | WAUBEE LAKE LODGE HQ |
| 434457372 | WAUBEE LAKE LODGE I |
| 434426413 | WAUPACA AREA CHAMBER |
| 434493063 | WAUPACA AREA TRIATHLON |
| 434255887 | WAUPACA RIVER GALLERY |

7/5/2017 Exhibit B.XLSX

| | |
|---|---|
| 434507660 | WESTLEY HEATING & AC |
| 434349443 | WHEEL HOUSE RESTAURANT |
| 434309206 | WILLOW AUTOMOTIVE SERVIC |
| 434285127 | WISCONSIN GLASS PLUS INC |
| 434285167 | WISCONSIN GLASS PLUS INC |
| 434224990 | WITH THIS RING LLC |
| 434327579 | WOMEN'S HEALTH CONSULTAN |
| 434507752 | WON'S AUTO SERVICE |