IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hyer Standards, LLC<br><br>    Plaintiff,<br><br>v.<br><br>Super G Capital, LLC; Multipoint, Inc.; Ashley Isenberg; and WorldPay,<br><br>    Defendants. | Case No.: 1:18-cv-06669<br><br>Judge Charles Kocoras<br><br>Magistrate Judge Jeffrey Cummings |

## JOINT STATUS REPORT

Pursuant to the Court's September 17, 2019 Order, Dkt. 90, and following mediation, Plaintiff Hyer Standards, LLC ("Hyer Standards"), and Defendants Super G Capital, LLC ("Super G"), Multipoint, Inc ("Multipoint"), Ashley Isenberg ("Isenberg"), and Worldpay ISO, Inc. ("Worldpay") (collectively, the "Parties") hereby submit the following Joint Status Report and Proposed Briefing Schedule:

    1.    The Parties conducted mediation on October 7, 2019, which was unsuccessful.

    2.    Multipoint filed a Counterclaim to Plaintiff's Amended Complaint on September 16, 2019, to which Hyer Standards filed an Answer on October 15, 2019.

    3.    Super G, Multipoint, and Isenberg filed a Partial Motion to Dismiss Counts II through XII and XIV of Plaintiff's Complaint ("Motion to Dismiss") on September 16, 2019. The Motion to Dismiss was entered and continued pursuant to the Court's September 17, 2019 Order.

    4.    The Parties propose the following briefing schedule for the Motion to Dismiss:

        a.  Hyer Standards will file a response in opposition to the Motion to Dismiss on or before December 20, 2019; and

        b.  Super G, Multipoint, and Isenberg will file a reply in support of the Motion to Dismiss on or before January 17, 2020.

    5.    Pursuant to the Court's September 17, 2019 Order, the Parties request a status hearing before the Court on January 23, 2020 at 9:30 a.m.

Respectfully Submitted:

| | |
|---|---|
| HYER STANDARDS, LLC | MULTIPOINT, INC. SUPER G CAPITAL, LLC, and ASHLEY ISENBERG |
| By: /s/ Ryan R. Graff | By: /s/ Elizabeth L. Archerd |
| One of its attorneys | One of their attorneys |
| Ryan R. Graff (WI Bar No. 1051307) | Jordan A. Finfer (ARDC #6296373) |
| Sean A. Bukowski (WI Bar No. 1096228) | Elizabeth L. Archerd (ARDC #6329394) |
| Nash, Spindler, Grimstad, & McCracken, LLP | Patzik, Frank & Samotny Ltd. |
| 1425 Memorial Drive | 200 South Wacker Drive, Suite 2700 |
| Manitowoc, WI 54220 | Chicago, IL 60602 |
| Phone: 920-684-3321 | Phone: 312-551-8300 |
| rgraff@nashlaw.com | jfinfer@pfs-law.com |
| sbukowski@nashlaw.com | earcherd@pfs-law.com |

WORLDPAY ISO, INC.

By: /s/ Trevor J. Illes
    One of its attorneys

David D. Pope (ARDC #6275710)
Trevor J. Illes (ARDC #6313097)
Benesch, Friedlander, Coplan & Aronoff LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Phone: 312-212-4945
dpope@beneschlaw.com
tilles@beneschlaw.com

**CERTIFICATE OF SERVICE**

 I, the undersigned, a non-attorney, hereby certify that on November 19, 2019, I caused to be served the attached **Joint Status Report**, upon the parties of record listed below, through the Court's electronic filing service.

  Jonathan George Gonzalez
  Koehler & Passarelli, LLC
  Email: jgonzalez@k-pllc.com

  Sean A Bukowski
  Nash Spindler Grimstad & McCracken LLP
  Email: sbukowski@nashlaw.com

  Ryan R Graff
  Nash Spindler Grimstad & McCracken LLP
  Email: rgraff@nashlaw.com

  David D. Pope
  Benesch, Friedlander, Coplan & Aronoff LLP
  Email: dpope@beneschlaw.com

  Trevor J Illes
  Benesch Friedlander Coplan & Aronoff, LLP
  Email: TIlles@beneschlaw.com

            /s/ Natalie Vizzini